IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. No. 1:13-cv-3432-AP

DEBRA ROYBAL-SANDOVAL,
    Plaintiff,

v.

CAROLYN COLVIN,
ACTING COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Joseph A. Whitcomb | John F. Walsh |
| Rocky Mountain Disability Law Group | United States Attorney |
| 1391 Speer Blvd., Suite 705 | |
| Denver, CO 80204 | J. Benedict García |
| Telephone: (303) 534-1958 | Assistant United States Attorney |
| Facsimile: (303) 534-1949 | United States Attorney's Office |
| Email: joe@RMDLG.com | Email: J.B.Garcia@usdoj.gov |
| | |
| | James L. Burgess |
| | Special Assistant United States Attorney |
| | Social Security Administration, Region VIII |
| | Office of the General Counsel |
| | 1961 Stout Street, Suite 4169 |
| | Denver, Colorado 80294-4003 |
| | Phone: (303) 844-1856 |
| | Facsimile: (303) 844-0770 |
| | Email: james.burgess@ssa.gov |

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    **A.     Date Complaint Was Filed:     December 19, 2013**

    **B.     Date Complaint Was Served on U.S. Attorney's Office:  April 4, 2014**

    **C.     Date Answer and Administrative Record Were Filed:  June 5, 2014**

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of her knowledge, Plaintiff states that the record is complete and accurate.
To the best of her knowledge, Defendant states that the record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.     OTHER MATTERS**

The parties state that there are no other matters.

**8.     BRIEFING SCHEDULE**

The parties agreed to the following schedule:

    **A.     Plaintiff's Opening Brief Due:          August 8, 2014**

    **B.     Defendant's Response Brief Due:     September 3, 2014**

    **C.     Plaintiff's Reply Brief (If Any) Due:   September 15, 2014**

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

    **A.     Plaintiff's Statement:**     Plaintiff does not request oral argument.

    **B.     Defendant's Statement:**     Defendant does not request oral argument.

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

    **A.     (  )     All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.     ( X )     All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 24<u>th</u> day of  <u>June,</u>  2014.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

|  |  |
|---|---|
|  | John F. Walsh<br>United States Attorney |
| By: *s/ Joseph A. Whitcomb*<br>Rocky Mountain Disability Law Group<br>1391 Speer Blvd., Suite 705<br>Denver, CO 80204<br>Telephone: (303) 534-1958<br>Facsimile: (303) 534-1949<br>Email: joe@RMDLG.com | By: s/ *James Burgess*<br>Special Assistant U.S. Attorney<br>1961 Stout St., Suite 4169<br>Denver, CO 80294-4003<br>Telephone:  (303) 844-1856<br>Facsimile:  303-844-0770<br>Email:  james.burgess@ssa.gov |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |