IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv–03432-CBS

DEBRA ROYBAL-SANDOVAL,

   Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

   Defendant.

## FINAL JUDGMENT

   Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Craig B. Shaffer on September 3, 2015 , incorporated herein by reference, it is

   ORDERED that the SSA Commissioner's final decision is AFFIRMED.  It is

   FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Carolyn W. Colvin and against Plaintiff, Debra Roybal-Sandoval.  It is

   FURTHER ORDERED that this civil action is DISMISSED, with each party to bear his or her own fees and costs.

   DATED at Denver, Colorado this 3rd  day of September , 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/ N. Marble
Deputy Clerk